Order entered November 19 , 2012

004997



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00708-CR
No. 05-12-00709-CR

JOSE TORREZIZAGUIRRE Appellant

V.

THE STATE OF TEXAS, Appellee

## ORDER

The Court **ORDERS** the State's brief received on October 10, 2012 filed as of the date of this order.

DAVID L. BRIDGES
JUSTICE